IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. WDQ-03-0212 |
| DIEGO AMPARO | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUBSTITUTION OF COUNSEL

Undersigned counsel has been appointed under the Criminal Justice Act (CJA) to represent Defendant Diego Amparo in Case No. CCB-11-0569.  Mr. Amparo's charges in this case remain pending.  Peter D. Ward was previously appointed to represent Mr. Amparo in this case.  However, Mr. Ward is unavailable until late January 2012.  Accordingly, undersigned counsel has been asked by CJA Supervising Attorney Donna P. Shearer to represent Mr. Amparo in this case going forward (in addition to the new case).  Undersigned counsel met with Mr. Amparo to discuss this matter.  Mr. Amparo has requested that undersigned counsel represent him in both cases.

WHEREFORE, undersigned counsel respectfully requests that he be substituted as court-appointed counsel for Defendant Diego Amparo in this case.

Respectfully submitted,

*/s/ M. Scotland Morris*
M. Scotland Morris (#25167)
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone: 410-783-5795
Facsimile: 410-510-1789
E-mail: smorris@simmsshowers.com

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2011, I caused the foregoing to be filed with this Court's CM/ECF system for service on all record counsel.

>  */s/ M. Scotland Morris*
>  M. Scotland Morris