IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| v. | * | Criminal Nos. WDQ-03-0212 |
| | | CCB-11-0569 |
| DIEGO AMPARO | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO CONSOLIDATE CASES

Defendant Diego Amparo, by and through undersigned counsel, and with the consent of government counsel, moves to consolidate the criminal cases against him, and in support thereof states as follows:

1. Mr. Amparo has been charged with drug crimes in both of the above-referenced cases. Mr. Amparo also faces potential charges arising from his conduct while on release in Case No. WDQ-03-0212.

2. Mr. Amparo and the government have negotiated a global resolution of all pending and potential charges, and have executed plea agreements to that effect.

3. It would serve the interests of all parties and promote judicial economy to have the cases consolidated for purposes of re-arraignment, sentencing, and all future matters.

4. Undersigned counsel has discussed this matter with counsel for the government in both cases, and is authorized to state that the government consents to this motion.

WHEREFORE, Mr. Amparo respectfully requests that the Court consolidate the criminal cases against him for all future matters, including re-arraignment and sentencing.

Respectfully submitted,

*/s/ M. Scotland Morris*
M. Scotland Morris (#25167)
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone: 410-783-5795
Facsimile: 410-510-1789
E-mail: smorris@simmsshowers.com

## **CERTIFICATE OF SERVICE**

I certify that on September 5, 2012, I caused the foregoing to be filed with this Court's CM/ECF system for service on all record counsel.

*/s/ M. Scotland Morris*
M. Scotland Morris